AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

DEIDRA RITCHHART,

        Plaintiff

v.

LOUIS DEJOY, United States Postmaster General,

        Defendant

**JUDGMENT IN A CIVIL CASE**

Case #4:23-cv-00001-PK

IT IS ORDERED AND ADJUDGED

that this action is dismissed without prejudice.

May 23, 2023
_____
*Date*

BY THE COURT:

_____
Paul Kohler
United States Magistrate Judge